UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF FORFEITURE OF
COLLATERAL SCHEDULE FOR THE          Case No. 26-mc-27
FEDERAL PROTECTIVE SERVICE

## ORDER

The United States of America has moved the court to adopt a Forfeiture of Collateral Schedule for the violation of certain statutes and regulations enforced by the Federal Protective Service (FPS) located in the Eastern District of Wisconsin.

Under Federal Rule of Criminal Procedure 58(d), and Criminal Local Rule 58(a) (E.D. Wis.), the court **ORDERS** that persons charged by the FPS with violating an offense listed in the attached Forfeiture of Collateral Schedule may, in lieu of appearance, post collateral in the amount indicated for the offense and consent to forfeiture of that collateral, or be required to appear as indicated.

The court **ORDERS** that all previously entered orders regarding a Forfeiture of Collateral Schedule for the FPS and the General Services Administration (GSA) offenses are **VACATED**.

The court **ORDERS** that the attached Forfeiture of Collateral Schedule shall be effective as of 12:01 a.m. on the day following the entry of this order.

Dated in Milwaukee, Wisconsin this 4th day of June, 2026.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**